UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HASAN ALADDIN HADID,<br><br>Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL, INC.,<br><br>Defendant. | Case No. 1:16-cv-11760<br><br>Honorable Judge John R. Blakey |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, HASAN ALADDIN HADID, and the Defendant, ALLY FINANCIAL, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against ALLY FINANCIAL, INC., pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: September 8, 2017                                   Respectfully Submitted,

**HASAN ALADDIN HADID**                                    **ALLY FINANCIAL, INC.**

/s/ Nathan C. Volheim                                       /s/ William P. Pipal (*with consent*)
Nathan C. Volheim                                           William P. Pipal
*Counsel for Plaintiff*                                     *Counsel for Defendant*
Sulaiman Law Group, LTD                                     Troutman Sanders LLP
2500 South Highland Ave., Suite 200                         One North Wacker Drive, #2905
Lombard, Illinois 60148                                     Chicago, IL 60606
Phone: (630) 575-8181                                       Phone: (312) 759-1933
nvolheim@sulaimanlaw.com                                    william.pipal@troutmansanders.com